UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>JESUS ALFREDO BARRERA-GUERRERO,<br><br>                Defendant. | Case No. 23cr0663-H<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) - Removed Alien Found in the United States (Felony) |

The United States Attorney charges:

On or about March 21, 2023, within the Southern District of California, defendant JESUS ALFREDO BARRERA-GUERRERO, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//
//
//
//
//

ECH:sc:4/4/23

It is further alleged that defendant was removed from the United States subsequent to January 11, 2017.

DATED: 4/4/2023 .

RANDY S. GROSSMAN
United States Attorney

*Eric Chiang*
ERIC CHIANG
Assistant U.S. Attorney